UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | Case No. 13-12762 |
|---|---|
| Vanessa A Scott | |
| Debtor(s) | |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/28/2013.

2) The plan was confirmed on NA .

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA .

5) The case was converted on 04/25/2013.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 1.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $0.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** **$0.00**

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $0.00 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$0.00**

Attorney fees paid and disclosed by debtor:        $850.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ACCOUNT RECOVERY INC | Unsecured | 685.00 | NA | NA | 0.00 | 0.00 |
| ADT SECURITY SYSTEMS | Unsecured | 224.00 | NA | NA | 0.00 | 0.00 |
| ALL CREDIT LENDERS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ALL CREDIT LENDERS | Unsecured | 3,147.00 | NA | NA | 0.00 | 0.00 |
| AT & T BANKRUPTCY | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| ATT | Unsecured | 517.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | 575.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Unsecured | 1,852.00 | NA | NA | 0.00 | 0.00 |
| CHECK INTO CASH INC | Unsecured | 390.00 | NA | NA | 0.00 | 0.00 |
| CHECK N GO | Unsecured | 1,750.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 3,269.00 | NA | NA | 0.00 | 0.00 |
| CLERK OF MAYWOOD CIRCUIT COU | Unsecured | 361.00 | NA | NA | 0.00 | 0.00 |
| CLERK OF THE CIRCUIT COURT SKO | Unsecured | 459.00 | NA | NA | 0.00 | 0.00 |
| CMK Investments, Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 650.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 456.00 | NA | NA | 0.00 | 0.00 |
| Credit Acceptance | Unsecured | 7,779.00 | NA | NA | 0.00 | 0.00 |
| DAKOTA STATE BANK | Unsecured | 771.00 | NA | NA | 0.00 | 0.00 |
| DISH NETWORK | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| ELMHURSGT LINCOLN MERCURY IN | Unsecured | 203.00 | NA | NA | 0.00 | 0.00 |
| FEDERAL LOAN SERVICES | Unsecured | 6,000.00 | NA | NA | 0.00 | 0.00 |
| FEDERAL LOAN SERVICES | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| FEDERAL LOAN SERVICES | Unsecured | 2,250.00 | NA | NA | 0.00 | 0.00 |
| FEDERAL LOAN SERVICES | Unsecured | 3,500.00 | NA | NA | 0.00 | 0.00 |
| FIFTH THIRD BANK | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| FINGERHUT | Unsecured | 308.00 | NA | NA | 0.00 | 0.00 |
| Fncc/Legacy Visa | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Hsbc Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HYDRA FUND | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| IMAGINE MASTERCARD | Unsecured | 739.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 2,200.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| JPMORGAN CHASE BANK | Unsecured | 512.00 | NA | NA | 0.00 | 0.00 |
| KROGER CHECK RECOVERY CENTER | Unsecured | 490.00 | NA | NA | 0.00 | 0.00 |
| KROGER CHECK RECOVERY CENTER | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MIDNIGHT VELVET | Unsecured | 182.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES BANK | Unsecured | 785.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS | Unsecured | 1,082.00 | NA | NA | 0.00 | 0.00 |
| PNC BANK | Unsecured | 1,019.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANK CARD | Unsecured | NA | 567.35 | 567.35 | 0.00 | 0.00 |
| PREMIER BANK CARD | Unsecured | 567.00 | NA | NA | 0.00 | 0.00 |
| PROGRESSIVE FINANCE | Unsecured | 2,050.00 | NA | NA | 0.00 | 0.00 |
| REWARD660 VISA/META BANK | Unsecured | 709.00 | NA | NA | 0.00 | 0.00 |
| RUSH OAK PARK HOSPITAL | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| SEVENTH AVE | Unsecured | 462.00 | NA | NA | 0.00 | 0.00 |
| SGQ LTD | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| T MOBILE | Unsecured | 352.00 | NA | NA | 0.00 | 0.00 |
| TCF BANK | Unsecured | 301.00 | NA | NA | 0.00 | 0.00 |
| TOWER LENDING | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| TRITON COLLEGE | Unsecured | 498.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF PHOENIX | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| US BANK | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| US CELLULAR | Unsecured | 1,893.00 | NA | NA | 0.00 | 0.00 |
| USAA FEDERAL SAVINGS BANK | Unsecured | 590.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO FINANCIAL | Unsecured | 76.00 | NA | NA | 0.00 | 0.00 |
| WHY NOT LEASE IT | Unsecured | 1,900.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$567.35** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $0.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS** : | **$0.00** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 05/09/2013                              By: /s/ Tom Vaughn
                                                                                Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**